MAGISTRATE JUDGE STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5488 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| JENNIFER KUBIKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to November 14, 2005. The period of delay resulting from this continuance from September 26 to November 14, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 27th day of September, 2005.

Karen L. Strombom
United States Magistrate Judge

Presented By:
/s/*Russell V. Leonard*                    /s/ *Captain Glen Templeton*
Russell V. Leonard                          Captain Glen Templeton

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1 | Attorney for Defendant                             Special Assistant United States Attorney
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**