MAGISTRATE JUDGE DONOHUE

05-CR-05488-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER KUBIKI,<br><br>    Defendant. | NO. CR05-5488<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 23, 2006. The period of delay resulting from this continuance from November 14, 2005, to January 23, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 15th day of November, 2005.

_____
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Russell V. Leonard
Russell V. Leonard
Attorney for Defendant

/s/ Captain Glen Templeton
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710